AO450 (Rev. 5/85)  Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## District of Minnesota

Alicia Jochim

**JUDGMENT IN A CIVIL CASE**

V.

Case Number: 11-cv-1373 ADM/JJG

Valentine & Kebartas, Inc.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:
all claims asserted by Plaintiff in the above-entitled action, including all claims for attorney's fees, are hereby dismissed without prejudice and on the merits, without cost to any of the parties hereto.

| October 12, 2011 | RICHARD D. SLETTEN, CLERK |
|---|---|
| Date | |
| | s/Katie Thompson |
| | (By)           Katie Thompson   Deputy Clerk |

C:\Documents and Settings\thompson\Desktop\Blank Judgment Form.wpd                                         Form Modified: 09/16/04